**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher D. Valentine | Social Security number or ITIN  xxx–xx–2815 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly A. Valentine | Social Security number or ITIN  xxx–xx–4824 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  13–34306–JNP | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher D. Valentine                          Kimberly A. Valentine
                                                  aka Kim Rauch

1/25/19                                           **By the court:** Jerrold N. Poslusny Jr.
                                                               United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-34306-JNP
Christopher D. Valentine                                              Chapter 13
Kimberly A. Valentine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3           Date Rcvd: Jan 25, 2019
                              Form ID: 3180W             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
```
db/jdb         +Christopher D. Valentine,    Kimberly A. Valentine,    2 River Birch Road,
                 Turnersville, NJ 08012-1910
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
514551938       APEX ASSET MANAGEMENT LLC,    PO BOX 5407,   LANCASTER PA 17606-5407
514333432      +Apex Asset Management,    1891 Santa Barbara, Suite 20,    Lancaster, PA 17601-4106
514333433       Archway Programs,   212 Jackson Road,    Atco, NJ 08004
514333435      +Atlantic ER Phys. Team Ped.,    Attn:  Federal Bond And Collection,
                 2200 Byberry Rd., Suite 120,    Hatboro, PA 19040-3739
514333437      +CCSMC Spectrum/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
514333438      +Chase Bank,    Bankruptcy Dept.,    PO Box 740933,   Dallas, TX 75374-0933
514333440       Emerg. Phy. Assoc. of SJ,    Akron Billiing Center,    3585 Ridge Park Drive,
                 Akron, OH  44333-8203
514333441      +Faloni And Associates, LLC,    165 Passaic Avenue, Suite 301B,    Fairfield, NJ 07004-3592
514333442      +Financial Recoveries,    PO Box 1388,   Mt. Laurel, NJ 08054-7388
514333446      +Glen Garbus, Esq.,    Forster And Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
514333448      +Heritage Valley,    720 Blackburn Road,   Sewickley, PA 15143-1459
514333449      +Home Furnishings,    5324 Virginia Beach Blvd,    Virginia Beach, VA 23462-1828
514333450      +Jefferson University Hospital,    900 Walnut Street,    Philadelphia, PA 19107-5191
514333451      +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
514333453      +Lourdes Cardiology Services,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
514486767      +M&T Bank,    PO Box 1508,   Buffalo NY 14240-1508
514333459      +MRS Associates,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
515510638     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
517893339      +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
514333461      +Ocwen Loan Servicing,    Attn:  Customer Care,    PO Box 780,   Waterloo, IA 50704-0780
514551429      +Ocwen Loan Servicing, LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514333464      +Pressler And Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
514333466      +Sewickley Valley Hospital,    Attn:  Natl Hospital Collection,    16 Distributors Drive, Suite 2,
                 Morgantown, WV 26501-7209
514333467      +Sherman Originator,    C/O Sherman Capital Markets LLC,    200 Meetng Street,
                 Charleston, SC 29401-3187
514333468      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
514333469      +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
514391163      +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514333470      +Steward Norwood Hospital,    PO Box 417073,   Boston, MA 02241-7073
514333471      +Unifund CCR Partners,    C/O Arthur Nudelman, Esq.,    425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
514333434      +EDI: ARSN.COM Jan 26 2019 04:28:00      ARS National Services,    PO Box 463023,
                 Escondido, CA 92046-3023
514333431      +E-mail/Text: tropiann@einstein.edu Jan 26 2019 00:09:58     Albert Einstein,
                 5501 Old York Road,    Philadelphia, PA 19141-3092
514365759       EDI: AIS.COM Jan 26 2019 04:28:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
514333436       EDI: CAPITALONE.COM Jan 26 2019 04:28:00      Capital One,    Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
514333439      +EDI: CITICORP.COM Jan 26 2019 04:28:00      Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
514359906      +EDI: TSYS2.COM Jan 26 2019 04:28:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
514333443      +E-mail/Text: data_processing@fin-rec.com Jan 26 2019 00:09:39      Financial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
514333445      +EDI: RMSC.COM Jan 26 2019 04:28:00      GE Capital Retail Bank,    Attn:  Bankruptcy Dept.,
                 PO Box 103106,    Roswell, GA 30076-9106
514333447      +EDI: CITICORP.COM Jan 26 2019 04:28:00      Goodyear Tire/Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
514461757       EDI: JEFFERSONCAP.COM Jan 26 2019 04:28:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514333452      +EDI: CBSKOHLS.COM Jan 26 2019 04:28:00      Kohl's,    Collection Dept.,    PO Box 3084,
                 Milwaukee, WI 53201-3084
514333452      +E-mail/Text: bncnotices@becket-lee.com Jan 26 2019 00:09:09      Kohl's,    Collection Dept.,
                 PO Box 3084,    Milwaukee, WI 53201-3084
```

```
District/off: 0312-1            User: admin               Page 2 of 3              Date Rcvd: Jan 25, 2019
                                Form ID: 3180W            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514333454      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding,    PO Box 10584,
                 Greenville, SC 29603-0584
514333455       E-mail/Text: camanagement@mtb.com Jan 26 2019 00:09:42       M & T Bank,    PO Box 900,
                 Millsboro, DE  19966
514333456      +EDI: TSYS2.COM Jan 26 2019 04:28:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
514333457      +EDI: MID8.COM Jan 26 2019 04:28:00      Midland Credit Management,     8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
514333458      +EDI: MID8.COM Jan 26 2019 04:28:00      Midland Funding, LLC,     8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
514333460      +E-mail/Text: egssupportservices@alorica.com Jan 26 2019 00:10:18        NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
514333463       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates,     120 Corporate Blvd.,
                 Norfolk, VA  23502
514559917       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,     c/o Express,
                 POB 41067,    Norfolk VA 23541
514549834       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,     c/o Lowes,
                 POB 41067,    Norfolk VA 23541
514572306       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,     c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
514523379       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,     c/o Pep Boys,
                 POB 41067,    Norfolk VA 23541
514535921       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,     c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
514333462      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      Pinnacle Credit Services,    PO Box 640,
                 Hopkins, MN 55343-0640
514333465      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
514333472      +EDI: WFNNB.COM Jan 26 2019 04:28:00      WFNNB, Bankruptcy Dept.,    PO Box 182125,
                 Columbus, OH 43218-2125
                                                                                               TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ocwen Loan Servicing, LLC
515510639*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
514333444      ##+FMS Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
                                                                                       TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Ocwen Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com, informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 25, 2019
                              Form ID: 3180W           Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jill T. Bryan    on behalf of Debtor Christopher D. Valentine jtb.assistant1@verizon.net
          Jill T. Bryan    on behalf of Joint Debtor Kimberly A. Valentine jtb.assistant1@verizon.net
          Sindi  Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com
          Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

                                                                   TOTAL: 9